**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>XINPING ZHANG,<br><br>　　　　　　　Defendant. | NO.  CR13-65 -JCC<br><br><br>DETENTION ORDER |

<u>Offense charged</u>:

　　　Count 1:　　Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. 3§1956(h)

<u>Date of Detention Hearing</u>: March 7, 2013

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　(1)　Defendant is charged with conspiracy to engage in money laundering involving sex-trafficking of Asian women.

　(2)　Defendant is a 39 year-old Chinese citizen who came to the United States in 2003. She has been a legal permanent resident of the United States since 2004.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

        She married a United States citizen and co-defendant in 2003 and remained married until 2008, when they divorced.

(3) Defendant married a French citizen in 2012.

(4) Since she has been in the United States, the longest she has been at any one address is 2 years. Accordingly, the court does not consider the defendant to have a stable residence.

(5) Defendant maintains frequent contact with her family in China. In addition, she has engaged in frequent international travel, including to Switzerland and to France. Although plaintiff has been unemployed since 2012, more than $50,000 was seized from her bank account. It is evident that she has access to resources that have permitted her to engage in the extensive travelling.

(6) If defendant is convicted, it is unlikely she will be able to convert her lawful permanent status to US citizenship status. With her marriage to a French citizen and her on-going extensive ties to China, there is no incentive for plaintiff to remain in the United States.

(7) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of March, 2013.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3